No. 82–5200.  HARDEN *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 82–5203.  JONES *v.* BARTLE ET AL.  C. A. 3d Cir. Certiorari denied.

No. 82–5236.  WEST *v.* JONES, SUPERINTENDENT, GREAT MEADOWS CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 82–5238.  MOSLEY *v.* ROSE, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 82–5239.  MANCUSO *v.* HARRIS, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 82–5251.  HOLLENBECK *v.* ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.  C. A. 5th Cir. Certiorari denied.

No. 82–5253.  EICHELBERGER *v.* ILLINOIS.  Sup. Ct. Ill. Certiorari denied.

No. 82–5286.  WILSON *v.* ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 82–5302.  PICCIOTTI *v.* COURT OF APPEALS OF NEW YORK.  C. A. 2d Cir.  Certiorari denied.

No. 82–5392.  MCCROSKEY *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 82–5431.  DAVIS *v.* ALABAMA.  Ct. Crim. App. Ala. Certiorari denied.

No. 82–5438.  REITER *v.* HARDING ET AL.  C. A. 5th Cir. Certiorari denied.